JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MICHAEL AISLEY,<br><br>              Plaintiff,<br><br>v.<br><br>ICON TECHNOLOGY<br>CONSULTING, INC., et al.,<br><br>              Defendants. | Case No. 2:20-CV-09093-AB (AFMx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  November 9, 2020      _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.